1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION
11
12   UNITED STATES OF AMERICA,          ) No. CV 15-03842-WHA
                                        )
13            Petitioner,               ) [Proposed]
                                        ) ORDER TO SHOW CAUSE RE
14       v.                             ) ENFORCEMENT OF INTERNAL
                                        ) REVENUE SERVICE SUMMONS
15   TONY E. BESS,                      )
                                        )
16            Respondent.               )
     _____)

17       Good cause having been shown by the petitioner upon its petition filed in the above-entitled

18   proceeding on August 24, 2015_____, 2015, it is hereby:

19       ORDERED that respondent TONY E. BESS appear before this Court on the 28th day of

20   October_____, 2015, at 11: 00, in Courtroom No. 8, 19th Floor, United States District Court, ~~1301~~ 450

21   Golden Gate Ave, San Francisco, ~~Clay Street, Oakland,~~ California, and then and there show cause, if any, why respondent should not be

22   compelled to appear and provide documents and testimony as required by the summons heretofore

23   served upon respondent as alleged and set forth in particular in said petition; and it is further

24       ORDERED that a copy of this Order to Show Cause, together with a copy of the aforesaid

25   petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil

26   Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is

27   further:

28   //

1    ORDERED that within twenty-one (21) days before the return date of this Order, respondents may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desire to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

ORDERED this **16th** day of **September**, 2015, at ~~Oakland~~ San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

US v. BESS
No. 15-03842-WHA                    2
[PROPOSED] ORDER TO SHOW CAUSE