1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,        )  No. CV 15-03842-WHA
                                     )
13        Petitioner,                )
                                     )  ORDER ENFORCING SUMMONS
14     v.                            )
                                     )
15  TONY E. BESS,                    )
                                     )
16        Respondent.                )
   _____    )

17     This case having come on for hearing on October 28, 2015, at 11:00 a.m., upon the return of an
18  Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein,
19  including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:
20     ORDERED that respondent, TONY E. BESS, shall appear before Revenue Officer MARK
21  GOBLE, or any other designated agent, on November 20, 2015, at 9:00 a.m., at the Offices of the
22  Internal Revenue Service located at 185 Lennon Lane, Walnut Creek, California 94612, and then and
23  there give testimony relating to the matters described in the subject Internal Revenue Service summons,
24  a copy of which is attached hereto as Exhibit A and produce for the Revenue Officer's inspection and
25  copying respondent's records also described in the subject Internal Revenue Service summons.
26  ORDERED this 28 day of OCT 2015, at San Francisco, California.
27
                                  _____
28                                UNITED STATES DISTRICT JUDGE



# Summons

In the matter of  TONY E & JULIANE M BESS, PO BOX 1071, BRENTWOOD, CA 94513-8071
Internal Revenue Service (Division): SMALL BUSINESS/SELF EMPLOYED
Industry/Area (name or number): Small Business / Self Employed
Periods:  See Attachment 1 to Summons Form 2039 for Period Information

## The Commissioner of Internal Revenue

To:  TONY E BESS
At:  PO BOX 1071,  BRENTWOOD, CA  94513-8071

You are hereby summoned and required to appear before ALOFAGIA ONCIANO, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See summons attachment.

Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:
185 LENNON LANE,  WALNUT CREEK,  CA  94598-2482  (925) 974-3832

Place and time for appearance at  185 LENNON LANE,  WALNUT CREEK,  CA  94598-2482

on the  4th  day of  June , 2015 at  9:00  o'clock  a  m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039(Rev. 10-2010)
Catalog Number 21405J

Issued under authority of the Internal Revenue Code this  11th  day of May , 2015

ALOFAGIA ONCIANO                    REVENUE OFFICER
Signature of Issuing Officer                 Title

GROUP MANAGER
Signature of Approving Officer (if applicable)     Title

EXHIBIT A

Original -- to be kept by IRS

## SUMMONS ATTACHMENT
### IN THE MATTER OF: TONY M BESS, 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

You are hereby summoned and required to appear before ALOFAGIA ONCIANO, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 11/15/2014 To 04/15/2015

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

All documents and records you possess or control about income you received for the years: 2010, 2011, 2012, and 2013

These records and documents include, but are not limited to: Forms W-2 (Wage and Tax Statement), Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services (including receipt of property other than money). Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2010, 2011, 2012, and 2013

Oral testimony relating to all businesses in the name(s) of:
Tony E & Juliane M Bess
Prestige Manufactured Homes
Prestige Manufactured Homes Inc
Can include names of others where there is a nexus

"I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original."

_____                    Revenue Officer
Signature of IRS Official Serving the Summons        Title

**Attachment 1 to Summons Form 2039**

In the matter of **TONY E & JULIANE M BESS**

Period information: Form 1040 for the calendar periods ending December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007 and December 31, 2008